U S District Court
Indianapolis In

ACLU and others

Vs

1:15-CV-1858-TWP-DKL

Michael Pense Governor of Indiana

Robert M. Shaw friend of the Court brief

Motion to Dismiss cause.

The ACLU and Ken Faulk have filed a lawsuit before this Court as Activist whom cannot make laws before the Court.

Making Laws is the job of the United States Congress.

AND the United States Congress has already put forth the matter of Syrian Refugees on its docket, Congressman Ted Poe Introduced HR Bill 4032 before the House last week and at this time Governor Pense has the right to deny anyone that's a possible threat into the State of Indiana unless the U S Congress says otherwise.

A copy of this has been sent to the parties.

Respectfully Submitted,

Robert M. Shaw

*/s/ Robert M. Shaw*