UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EXODUS REFUGEE IMMIGRATION, INC., | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:15-cv-01858-TWP-DKL |
| MIKE PENCE, JOHN WERNERT, | ) |
| Defendants. | ) |

**Entry Denying Motion to Dismiss by Non-Party**

Before the Court is non-party Robert Shaw's motion to dismiss this case. This motion is **denied**. (Filing No. 17.) As a non-party, Mr. Shaw has no authority to move to dismiss the case. Defendants are represented by counsel who can pursue any legal bases for dismissal.

**IT IS SO ORDERED.**

Date: 12/9/2015

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ROBERT M. SHAW
1215 N. Jefferson Ave.
Indianapolis, IN 46201

Electronically Registered Counsel