UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

**Exodus Refugee Immigration, Inc.,**   No. 1:15-cv-01858-TWP-DKL

    Plaintiff,

        v.

**Mike Pence,** in his official capacity as Governor of the State of Indiana, and
**John Wernert,** in his official capacity as the Secretary of the Indiana Family and Social Services Administration**,**

    Defendants.

# Order Granting Episcopal Migration Ministries' Motion for Extension of Time to File Reply Supporting Fee Petition

Nonparty Episcopal Migration Ministries has requested an extension of time to file its reply in support of its Petition for Fees. The Court GRANTS the motion.

The Court ORDERS that Nonparty Episcopal Migration Ministries has through July 11, 2016, to file its reply in support of its fee petition.

SO ORDERED this _____.

_____
Judge, United States District Court

Service will be made electronically on all ECF-registered counsel of record by e-mail generated by the Court's ECF system.