UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EXODUS REFUGEE IMMIGRATION, INC., | ) ) ) |
| Plaintiff, | ) ) ) No. 1:15-cv-01858-TWP-DKL |
| vs. | ) ) ) |
| MIKE PENCE, JOHN WERNERT, | ) ) ) ) |
| Defendants. | ) |

**ENTRY FROM TELEPHONIC STATUS CONFERENCE**
**JANUARY 30, 2017**
**HON. DENISE K. LARUE, MAGISTRATE JUDGE**

The parties participated in a telephonic status conference. Parties discussed case status. This matter is set for a telephonic status conference on **THURSDAY, MARCH 2, 2017, AT 9:30 A.M., EASTERN**. Counsel will receive call-in instructions for the conference via separate email notification. The conference concluded without further order.

Date: 2/2/2017

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Judy Rabinovitz
ACLU FOUNDATION
jrabinovitz@aclu.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Jan P. Mensz
ACLU OF INDIANA
jmensz@aclu-in.org

Cecillia D. Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
cwang@aclu.org

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
ojadwat@aclu.org

Lara K. Langeneckert
INDIANA ATTORNEY GENERAL
lara.langeneckert@atg.in.gov

Jonathan R. Sichtermann
MCVEY & PARSKY, LLC
jonathan.sichtermann@atg.in.gov

Betsy M. Isenberg
OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Patricia Orloff Erdmann
OFFICE OF THE ATTORNEY GENERAL
Patricia.Erdmann@atg.in.gov

Thomas M. Fisher
OFFICE OF THE ATTORNEY GENERAL
tom.fisher@atg.in.gov

James C. Luh
U.S. DEPARTMENT OF JUSTICE
james.luh@usdoj.gov