UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EXODUS REFUGEE IMMIGRATION, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) No. 1:15-cv-01858-TWP-DKL |
| vs. | )<br>) |
| MIKE PENCE, JOHN WERNERT, | )<br>)<br>) |
| Defendants. | ) |

## ORDER VACATING CONFERENCE

The Court, *sua sponte*, hereby vacates the telephonic conference currently set for Thursday, March 2, 2017. The conference will be reset under separate entry.

Date: 2/22/2017

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Judy Rabinovitz
ACLU FOUNDATION
jrabinovitz@aclu.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Jan P. Mensz
ACLU OF INDIANA
jmensz@aclu-in.org

Cecillia D. Wang
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
cwang@aclu.org

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
ojadwat@aclu.org

Lara K. Langeneckert
INDIANA ATTORNEY GENERAL
lara.langeneckert@atg.in.gov

Jonathan R. Sichtermann
MCVEY & PARSKY, LLC
jonathan.sichtermann@atg.in.gov

Betsy M. Isenberg
OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Patricia Orloff Erdmann
OFFICE OF THE ATTORNEY GENERAL
Patricia.Erdmann@atg.in.gov

Thomas M. Fisher
OFFICE OF THE ATTORNEY GENERAL
tom.fisher@atg.in.gov

James C. Luh
U.S. DEPARTMENT OF JUSTICE
james.luh@usdoj.gov