UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EXODUS REFUGEE IMMIGRATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-1858-TWP-DML |
| ) | |
| ERIC HOLCOMB, in his official capacity as ) | |
| Governor of the State of Indiana, ) | |
| JENNIFER WALTHALL, M.D., in her official ) | |
| capacity as the Secretary of the Indiana Family ) | |
| and Social Services Administration, ) | |
| ) | |
| Defendants. ) | |

**Motion for Entry of Final Judgment**

The parties move the Court to enter final judgment in this case, stating the following in support:

1. Exodus Refugee Immigration, Inc. filed its complaint in the above-captioned case against the Governor of Indiana and the Secretary of the Indiana Family and Social Services Administration.

2. The parties have agreed to a stipulated final judgment and order of permanent injunction. Specifically, the parties have agreed to the following: the Governor of Indiana and the Secretary of the Indiana Family and Social Services Administration are permanently enjoined from withholding authorized payments of federal grant monies to Exodus Refugee Immigration, Inc. in accordance with its Grant Agreement for resettling, in Indiana, refugees approved for entry in the United States by the United States Department of State.

    3. A proposed final judgment is attached.

WHEREFORE, the parties request that the Court enter final judgment in this case, and for all other appropriate relief.

Respectfully submitted,

| | |
|---|---|
| s/ *Jefferson S. Garn* | s/ *Kenneth J. Falk* |
| | (with permission) |
| Jefferson S. Garn | Kenneth J. Falk |
| No. 29921-49 | No. 6777-49 |
| Section Chief, Admin. Litigation | ACLU of Indiana |
| Office of the Attorney General | 1031 E. Washington St. |
| 302 W. Washington St., IGCS-5th Floor | Indianapolis, IN 46202 |
| Indianapolis, IN 46204 | 317/635-4059 |
| 317/234-7119 | fax: 317/635-4105 |
| fax: 317/232-7979 | kfalk@aclu-in.org |
| | |
| Attorney for Defendants | Attorney for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system. Parties may access this filing through the Court's system.

Date: February 26, 2018                     *s/ Jefferson S. Garn*
                                            Jefferson S. Garn
                                            Section Chief, Administrative and
                                            Regulatory Enforcement Litigation
                                            Attorney No. 29921-49
                                            Office of the Attorney General
                                            302 W. Washington St., IGCS 5th Floor
                                            Indianapolis, IN 46204-2770
                                            Phone:  (317) 232-6292
                                            Fax:  (317) 232-7979
                                            Email: jefferson.garn@atg.in.gov