UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EXODUS REFUGEE IMMIGRATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:15-cv-1858-TWP-DML |
| ) | |
| ERIC HOLCOMB, in his official capacity as ) | |
| Governor of the State of Indiana, ) | |
| JENNIFER WALTHALL, M.D., in her official ) | |
| capacity as the Secretary of the Indiana Family ) | |
| and Social Services Administration, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

It is now ADJUDGED that the Governor of Indiana and the Secretary of the Indiana Family and Social Services Administration are PERMANENTLY ENJOINED from withholding authorized payments of federal grant monies to Exodus Refugee Immigration, Inc. in accordance with its Grant Agreement for resettling, in Indiana, refugees approved for entry in the United States by the United States Department of State. The Office of the Indiana Attorney General shall inform forthwith all of the affected Indiana state governmental entities of this injunction.

IT IS SO ORDERED.

Dated: _____        _____
                                         Judge, US District Court Southern District Indiana

Distribution:

All CM/EFC Counsel of Record